UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WESTERN WINGS CORP., an Oregon corporation, | 6:12-CV-1614-TC |
| Plaintiff, | ORDER |
| v. | |
| SENECA FOODS CORPORATION, a New York corporation, | |
| Defendant. | |

COFFIN, Magistrate Judge:

   Presently before the court is defendant's amended motion (#25) seeking the transfer of the venue of this action to New York. After consideration of the motion, oral argument thereon, and supplemental submissions, this court finds it is appropriate to transfer this action to the United States

Page 1 - ORDER

District Court for the Western District of New York pursuant to 28 U.S.C. §1406, and, in addition, §1404 (a).

DATED this 4th day of February, 2013.

_____
THOMAS M. COFFIN
United States Magistrate Judge

Page 2 - ORDER